UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE EMPIRE STATE
CARPENTERS WELFARE, PENSION, ANNUITY,
APPRENTICESHIP, CHARITABLE TRUST,
LABOR MANAGEMENT CORPORATION, and
SCHOLARSHIP FUNDS,

                              Plaintiffs,

- against -

SKYLINE CONCRETE, INC.,

                              Defendant.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   MAY 30 2012   ★ 

LONG ISLAND OFFICE

**DEFAULT JUDGMENT**
CV-11-0056 (ADS)(WDW)

An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on May 24, 2012, adopting in its entirety the May 1, 2012 Report and Recommendation of Magistrate Judge William D. Wall, directing the Clerk of Court to enter a default judgment against the defendant in the amounts recommended by Judge Wall, and further directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that default judgment is entered against defendant Skyline Concrete, Inc.; that plaintiffs are awarded damages as follows: (1) unpaid employee benefit contributions in the amount of $48,429.35; (2) interest through May 1, 2012 in the amount of $5,746.40, plus additional interest in the amount of $133.98; (3) liquidated damages in the amount of $9,685.87; (4) audit fees in the amount of $5,565.00; (5) attorney's fees in the amount of $2,335.00; and (6) costs in the amount of $408.00, for a total monetary award of $72,298.98; and that this case is hereby closed.

Dated: Central Islip, New York
         May 30, 2012

                                                    DOUGLAS C. PALMER
                                                    CLERK OF THE COURT

                                       By:   /s/ Catherine Vukovich
                                                Deputy Clerk